**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Remu Jean,<br>Petitioner<br>-vs-<br>Eric Rokosky, et al.,<br>Respondents. | CV-26-7570-PHX-JFM<br><br>**ORDER** |

On October 26, 2026, the Court ordered Petitioner be granted a bond hearing, and further directed:

> Respondents must provide a NOTICE OF COMPLIANCE within three days of releasing Petitioner or providing Petitioner a bond hearing, specifying the results of the hearing or particulars of the release.

(Order 10/26/26, Doc. 8 at 3-4.) On November 4, 2026, Respondents filed a Notice of Compliance that simply states:

> The United States informs the Court that the Department of Homeland Security provided Petitioner with a bond hearing on October 29, 2026. The government has therefore complied with this Court's order dated October 26, 2026. Doc. 8.

(Doc. 11 at 1.)

This Notice fails to comply with the Court's Order because it does not "specify[ ] the results of the hearing."

**IT IS THEREFORE ORDERED** Respondents have through **November 9, 2026** to file an amended notice of compliance as directed in the Court's Order (Doc. 8).

Dated: November 5, 2026

26-7570o Order 26 11 05 re NotCompl Def.docx

James F. Metcalf
United States Magistrate Judge